```
           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF OHIO
                 EASTERN DIVISION
```

CHARLES A. MITCHELL,            :      CASE No: 2:10-CV-299
                                :
        Petitioner,            :      JUDGE FROST
                                :      MAGISTRATE JUDGE KING
   v.                           :
                                :
KEITH SMITH, WARDEN,            :
                                :
        Respondent.            :

### ORDER

On July 15, 2011, the United States Magistrate Judge recommended that this habeas corpus action be dismissed. *Report and Recommendation*, Doc. No. 11. Although the parties were advised of their right to object, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation is **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.

                                          /s/   Gregopry L. Frost
                                                Gregory L. Frost
                                         United States District Judge